UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA LINO )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>HARTFORD LIFE and ACCIDENT )<br>INSURANCE COMPANY )<br>     Defendant. )<br> ) | Civil Action No. 05-11650 EFH |

## ASSENTED TO MOTION TO EXTEND TIME BY WHICH DEFENDANT MUST FILE RESPONSIVE PLEADING

Whereas, Plaintiff has filed the present suit against the Defendant alleging breach of contract and violations of M.G.L. c. 176D and c. 93A;

Whereas, the Defendant is in the process of obtaining materials necessary to respond to the Complaint;

Whereas, Plaintiff's Counsel and Defendant's Counsel discussed this issue on August 10, 2005 and Plaintiff's Counsel assented to extending the time by which the Defendant must file an answer or other responsive pleading;

Accordingly, Defendant respectfully requests that the Court grant this assented to motion extending the date by which the Defendant must file an answer or otherwise plead in response to the Complaint until September 2, 2005.

Assented to by:
Ronald B. Eskin, BBO # 549290
LAW OFFICE OF RONALD B. ESKIN
228 Central Street
Lowell, MA 01852
(978) 937-1600
(978) 937-9422


Respectfully Submitted,

Hartford Life and Accident Insurance Company

By its Attorneys,

*/s/ Katherine R. Parsons*
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Fax: (413) 781-8235
Emails: dcrevier@crevierandryan.com
        kparsons@crevierandryan.com


## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on Plaintiff's counsel, by first class U.S. Mail, postage pre-paid this 12th of August 2005.

*/s/ Katherine R. Parsons*