THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.: 05-11650-EFH

| | |
|---|---|
| MARIA LINO | * |
|     PLAINTIFF | * |
| | * |
| VS. | *  <u>OBJECTION TO REMOVAL AND</u> |
| | * |
| | *  <u>MOTION FOR REMAND</u> |
| | * |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO. | * |
| | * |
| | * |
|     DEFENDANT | * |

I. Introduction

    1. This action was brought in the Middlesex County Superior Court, pursuant to MGL c. 231A for declaratory relief to obtain a ruling as to Defendant's obligation to make payments to Plaintiff under a group life insurance disability policy issued to Massachusetts employees qualified to be covered by that plan. Ms. Lino is qualified to be covered under that plan. Ms. Lino worked for the Massachusetts Department of Transitional Assistance as a case technician from 1981 until she became disabled on February 4, 2004. She was forced to stop work due to the effects of her fibromyalgia and the psychiatric symptoms resulting from her pain. This action is <u>not</u> preempted by federal law (ERISA) since State employees, like Ms. Lino, are exempt from that law. Moreover, she seeks damages against Hartford for its intransigence and unreasonable and unfair claims settlement practices in this case, pursuant to c. 176-D.

    2. Defendant has removed this action to federal court pursuant to the provisions of 28 U.S.C. §1446. In doing so, it has relied upon the "diversity of citizen" basis of jurisdiction, 28 U.S.C. §1441. In order for this Court to have jurisdiction under that provision, Defendant must demonstrate that the controversy exceeds $75,000. The amount in dispute is generally determined at the time of the filing. <u>Watson v. Blankenship</u>, 20 F.3d 383,

1

387 (10th Cir., 1994); <u>Sellars v. O'Connell</u>, 701 F.2d 575, 578 (6th Cir., 1983).

3. At the time of filing this matter, on July 11, 2005, Plaintiff was claiming approximately fifteen months of disability benefits. She would be entitled to 50% of her monthly earnings after a 90 day elimination period. She last worked February 4, 2004. Her monthly base period earnings as a caseworker at the Massachusetts Department of Transitional Assistance was $39,374. <u>See</u>, "Employer's LTD statement", and "Schedule of Benefits", attached.

4. She would thus be eligible for $1968.00 a month, from May, 2004. That totalled $29,520, plus benefits for a few days.[1]

5. The major error by the Defendant is its assumption that this entire amount may be trebled under the Unfair Insurance Practices Act, M.G.L. c. 176D. However, under that law a claimant is entitled only to a doubling or trebling of lost interest on wrongfully withheld funds, not the multiplication of such funds themselves. <u>Kapp v. Arbella Mutual Insurance Company</u>, 426 Mass 683, 689 (1998).

6. Whatever rate of interest is chosen to run, it results in relatively small amount over a fifteen month time span. A six percent rate would result in $1771 in interest. Trebling that, and adding it to the $29,520 in lost disability payments to date would not come close to the $75,000 threshold required for federal jurisdiction in this matter. Thus, there is no federal jurisdiction in this matter under 28 U.S.C. §1441, as Defendant claims.

7. For that reason, Plaintiff has not raised claims which gives this Court jurisdiction over this case.

---

[1] It should be noted that this amount is based on the employer reported base monthly earnings which can vary slightly from the actual earnings.

WHEREFORE, this matter ought to be remanded to the Commonwealth of Massachusetts Trial Court, Middlesex Superior Court.

                                Respectfully submitted,
                                MARIA LINO, Plaintiff
                                By her attorney

August 16, 2005            /s Ronald B. Eskin
                                Ronald B. Eskin
                                B.B.O. #: 549290
                                LAW OFFICE OF RONALD B. ESKIN
                                228 Central St
                                Lowell MA 01852
                                Telephone: (978) 937-1600

**CNA**

# Commonwealth of Massachusetts
# Group Insurance Commission
# LTD EMPLOYER'S STATEMENT

**MAIL FORM TO:**
CNA Group Benefits
PO Box 946710
Maitland, FL 32794-6710
1-866-847-6343

2004 JUN 28 PM 12: 28

GROUP BENEFITS JUN 2004 MAITLAND

## Part I

**INSTRUCTIONS TO EMPLOYER:** Complete the Employer's Statement & **attach job description.** Instruct employee to complete Employee's Statement and have Physician's Statement completed. Employee should mail the forms so that they <u>ARRIVE</u> at least 30 **days before the end of the elimination period.**

| | | |
|---|---|---|
| Employee Name (Last, first, middle initial) SS# 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 LINO Maria | Employee Telephone No. (Include Area Code) (508) 978-453 1343 | Date of Birth 7/5/49 |
| Address (Street number, city, state, zip code) 16 Dinsmore Street, Lowell MA 01852 | | |
| Date last worked prior to current disability 2/4/04 | Base Annual Salary: 39,374 | Salary Effective Date: |
| Employee Occupation: Benefits Eligibility & Referral Social Worker (A/B) | Job Duties: If not identified on job description, include physical activities, hazards and skills required form 30 attached | |

Is disability due to injury or sickness arising out of employment? ☐ Yes ☒ No (**If Yes, send copy of Report of Injury form.**)

**Has the Employee filed for Workers' Compensation?**
☐ **Yes** ☒ **No**

| | |
|---|---|
| Name and Address of Workers' Compensation Carrier/Agency | |
| Adjuster: | Date Benefits Began |
| Phone #: | W/C Claim #: |

2004 JUN 28 AM 9: 03

**Please indicate any benefits your employee has received or is entitled to receive during this disability. This would include but not be limited to company sponsored short-term benefits. State disability benefits, sick pay, salary continuance, commissions and / or bonuses**

☐ Sick Pay ☐ State Disability Income ☐ STD: ☐ Retirement (PERAC) ☒ Other Sources (Explain): EILB 3/8/04 to 4/20/04
☐ Amount of Benefits: $ ________ Per ________

| | |
|---|---|
| Date Benefit Began: | Date Benefit Paid Through: 4/29/04 to 5/4/04 Pending approval |
| GIC Coordinator Name (Please Print) [illegible] Smith | Agency Name and Address EOHHS/CYF 600 Washington ST., Boston 02111 |

| By (Signature) | Date Completed | Phone Number |
|---|---|---|
| [signature] | 5/18/04 | 617-348-5904 |

Revised 4/02

# Continental Casualty Company

INSURANCE IN TOUCH WITH BUSINESS

CNA Plaza
Chicago, Illinois 60685

A Stock Company

| | |
|---|---|
| **Employer:** | Commonwealth of Massachusetts Group Insurance Commission |
| **Policy Number:** | SR-83130411 |
| **Policy Effective Date:** | July 1, 2002 |
| **Anniversary Date:** | July 1 |

*We agree with the Employer to insure certain eligible employees of the Employer. We promise to pay benefits for loss covered by the policy in accordance with its provisions.*

### POLICY EFFECTIVE DATE AND TERM

The policy takes effect on the Effective Date stated above subject to any participation requirement stated in Item 6 of the Application. All insurance periods will be computed from that date. The policy remains in force for the period for which premium has been paid. It may be renewed for further successive periods by payment of premium as stated in the policy.

All periods of insurance begin and end at 12:01 A.M., Standard Time, at the Employer's address as stated in this contract, and on the application.

DI-1AA

Signed for the Continental Casualty Company

*Ronald L. Bingamany*
Chairman of the Board

*Jonathan Kantor*
Secretary

Group Long Term Disability Policy

SBDI-P

## *SCHEDULE OF BENEFITS*

Effective as of:   July 1, 2002

| | |
|---|---|
| Employer: | Commonwealth of Massachusetts Group Insurance Commission |
| Policy Number: | SR-83130411 |
| Policy Effective Date: | July 1, 2002 |
| Eligibility: | All *Actively at Work* full-time and half-time employees working in the United States of America who work at least 18 ¾ hours in a 37 ½ hour work week or 20 hours in a 40 hour work week and who have completed the waiting period required by the Employer.<br><br>Seasonal and temporary employees are not eligible except as defined by the policyholder. |
| Waiting Period: | For employees in an eligible group on or before the Policy Effective Date: The lessor of two full calendar months or 60 Days of continuous active, full-time employment<br><br>For employees entering an eligible group after the Policy Effective Date: The lessor of two full calendar months or 60 Days of continuous active, full-time employment |
| Elimination Period: | 90 Days<br>180 Days with respect to the Catastrophic Disability Benefit |
| LTD Monthly Benefit: | 50% of *Monthly Earnings* to a maximum benefit of $10,000 per month subject to reduction by deductible sources of income or *Disability Earnings*. |
| Social Security Offset Method: | Family Social Security |
| Employer Contribution: | 0% of premium |

| Maximum Period Payable: | Age on Date Disability Commences | Maximum Period Payable |
|---|---|---|
| | Age 61 or younger | To Your 65th birthday |
| | Age 62 | 42 months |
| | Age 63 | 36 months |
| | Age 64 | 30 months |
| | Age 65 | 24 months |
| | Age 66 | 21 months |
| | Age 67 | 18 months |
| | Age 68 | 15 months |
| | Age 69 or older | 12 months |
| Maximum Period Payable: | Catastrophic Disability Benefit | 12 Months |

3