UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA LINO )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD LIFE and ACCIDENT )<br>INSURANCE COMPANY )<br>      Defendant. )<br>) | Civil Action No. 05-11650 EFH |

### STIPULATION TO REMAND TO STATE COURT

The parties stipulate to the remand of this case to Middlesex County Superior Court. Plaintiff originally filed this case in Middlesex Superior Court seeking an award of long-term disability benefits, interest and multiple damages and attorneys' fees pursuant to M.G.L. c. 93A and c. 176D. Defendant removed this case to the United State District Court for the District of Massachusetts on the basis of diversity jurisdiction. Plaintiff then moved to remand this case back to Middlesex Superior Court. The parties subsequently stipulated that the damages Plaintiff seeks in this case do not exceed $75,000.00. Based on that stipulation, the Plaintiff does not meet the amount in controversy requirement of diversity jurisdiction and the parties now stipulate to the remand of this case to Middlesex Superior Court. The parties further stipulate that neither party is entitled to nor will either party seek costs with respect to the removal or the remand in this case. Nothing contained in this Stipulation shall be construed as an admission by any party.

| | |
|---|---|
| Plaintiff,<br>MARIO LINO | Defendant,<br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY |
| By her Attorney, | By its Attorneys, |
| s/Ronald B. Eskin<br>Ronald B. Eskin, BBO # 549290<br>LAW OFFICE OF RONALD B. ESKIN<br>228 Central Street<br>Lowell, MA 01852<br>Tel: (978) 937-1600<br>Fax: (978) 937-9422 | s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Tel: (413) 787-2400<br>Fax: (413) 781-8235 |

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing on all counsel of record, by first class U.S. Mail, postage pre-paid this 22nd of August 2005.

s/Katherine R. Parsons