UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA LINO<br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE and ACCIDENT<br>INSURANCE COMPANY<br>    Defendant. | Civil Action No. 05-11650 EFH |

### ASSENTED TO MOTION TO EXTEND TIME BY WHICH DEFENDANT MUST FILE RESPONSIVE PLEADING

Whereas, Plaintiff has filed the present suit against the Defendant alleging breach of contract and violations of M.G.L. c. 176D and c. 93A;

Whereas, Defendant's responsive pleading is due on September 2, 2005;

Whereas, the Parties have stipulated to a remand back to State Court and are presently awaiting a Court order remanding this case back to State Court;

Whereas, Plaintiff's Counsel and Defendant's Counsel have agreed that after the remand Plaintiff shall dismiss Defendant without prejudice and amend her Complaint to name the proper party;

Whereas, the Parties wish to conserve judicial resources and avoid wasting the time of this Court on issues that may be resolved between the parties without Court intervention;

Whereas, Plaintiff's Counsel and Defendant's Counsel conferred with respect to this issue on August 31, 2005 and agreed to an extension of time within which the Defendant must file an answer or other responsive pleading to September 30, 2005;

1

Accordingly, the Parties respectfully request that the Court grant this assented to motion extending the date by which the Defendant must file an answer or otherwise plead in response to the Complaint until September 30, 2005.

Respectfully Submitted,

| DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | PLAINTIFF MARIA LINO |
|---|---|
| By its Attorneys, | By her Attorney, |
| s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Tel: (413) 787-2400<br>Fax: (413) 781-8235<br>Emails: dcrevier@crevierandryan.com<br>         kparsons@crevierandryan.com | s/Ronald B. Eskin<br>Ronald B. Eskin, BBO # 549290<br>Law Office of Ronald B. Eskin<br>228 Central Street<br>Lowell, MA 01852<br>Tel: (978) 937-1600<br>Fax: (978) 937-9422<br>Email: reskin52@hotmail.com |

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record, by first class U.S. Mail, postage pre-paid this 31st[th] of August 2005.

s/Katherine R. Parsons

2